In the United States District Court
For the Southern District of Mississippi

Melvin Groyer #08710      Plaintiff

versus

Geo Corporate Office Group, inc. et al.    Civil Action No. 3:12-CV-660-DPJ-FKB
                         Defendants

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 02 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## Motion For Entry of Default and Supporting Affidavit

_____
Witness For Plaintiff

State of Mississippi
County of Lauderdale

Howard B. West, being duly sworn, deposed and says:

1. that he is the plaintiff of record, and has personal knowledge of the facts set forth in this Affidavit.
2. that the defendants was duly served with a copy of the summons, together with a copy of plaintiff complaint, on the 22 day of January, 2013.
3. that more than 30 days have elapsed since the date on which the said defendants was served with summons and copy of complaint.
4. that the defendants has failed to answer or otherwise defend as to plaintiff, complaint, or serve a copy of any answer or other defense which he might have upon the undersigned plaintiff of record.

Signed, this the 25th day of March, 2013      Melvin Groyer
                                                                #08710

## Affidavit

5. This Affidavit is executed by affiant herein in accordance with Rule 55(a) of the Mississippi Rules of Civil procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendants <u>Warden Vincent Horton</u> and <u>Ms. Fergerson</u> for their failure to answer or otherwise defend as to plaintiff complaint.

<u>Melvin Droyer</u>
Plaintiff


Sworn to and Subscribed before me this the 25th day of March 2013

<u>Shelley F. Tew</u>
Notary Public



Melvin Dreyer #08710

EMCF INMATE LEGAL
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307

APPROVED LEGAL MAIL

MAR 2 5 2013

E.M.C.F.
BY

LEGAL MAIL

JACKSON MS 393
29 MAR 2013 PM 2
US POSTAGE $00.46
ZIP 39307
011D11634222

APR 02 2013

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi, 39201

39201502825