In the United State District Court
For the Southern District of Mississippi
Jackson Division

Melvin Soyer #08710                                    Plaintiff

    versus

S.M.C.I.
Warden, Morris                Civil Action no: 3:12-CV-660-DPJ-FKB

S.M.C.I.
Superintendant, Ron King                              Defendants

## Motion For Judgment and Compliance

Plaintiff move this Honorable Court submitting to the proper Judge of Jurisdiction, to order the authority of South Mississippi Correctional Institution to comply with State and Federal laws. to document and file this information of violation of law, and to be moved upon by this Honorable Court promptly. From a act of retaliation of E.M.C.F, for my last filing of Judgment and Compliance I was transfered to S.M.C.I. on 7-16-13, through retaliation plaintiff have been placed in a certian building here that through it have denied plaintiff access to the legal law library to research and properly fight his on going civil case, through the process have completly closed the doors of the court to the plaintiff.

From the date entry in S.M.C.I. until the filing of this Motion, plaintiff have been denied access to the law library, and to the Courts. Which is clearly a violation of plaintiff 14 Amendment constitutional rights, thats cited under (Bounds v. Smith, Younger v. Gilmore, Cruz v. Hauch, Bolomo v. Carlson, Eason v. Thaler, Milton v. Morris, Johnson v. Avery, and Crawford-El v. Britten.) plaintiff adds that this matter have been revealed by writ to the warden, Superitendant, of this institution that have disreguarted plaintiff constitutional rights. therefore plaintiff demands judgment against the authorities of S.M.C.I. to be acted upon by this Honorable court promptly.

_Melvin Drayer_
#08710

So ordered this 17 day of Sept., 20 13

_____
Judge Signature

## Affidavit

State of Mississippi
County of Harrison

Personally appeared before me, the undersigned authority, a notary public in and for the aforesaid jurisdiction, Melvin Drayer, who, being first duly sworn by me, deposes and states that he is a citizen of the State of Mississippi and currently being housed at H.C.A.D., Requesting through motion for judgment and compliance against the Harrison County Adult Detention Center authorities and to the best of his belief he is intitled to redress which he seek by such suit.

Sworn and Subscribed before me this 17 day of Sept., 2013

Melvin Drayer
#08710



My Commission Expires

E.O.C. Jr.  9/17/13
Notary Public

## Certificate of Service

I <u>Melvin Grayer #08710</u>, petitioner hereby certify that I have this day cause to be delived by the U.S. District Court clerk a true and correct copy of the above and foregoing Motion and Affedavit to be provided to the Chambers of F. Keith Ball United States Magistrate Judge Southern District of Mississippi 501 E. Court Street Suite 5.150 Jackson, Mississippi 39201

Signed, this the 17 day of Sept, 20 13

<u>Melvin Grayer</u>
    #08710

Melvin Dyer #08710
Harrison County Adult Detention Center
14251 Larkin Smith Dr.
Gulfport, Miss

RECEIVED
SEP 23 2013
Clerk, U.S. District Court
Southern District of Miss

Legal Mail

U.S. District Court Clerk
Southern District of Mississippi
501 E Court Street Suite 2.500
Jackson, MS 39201

