In the United State District Court
For the Southern District of Mississippi
Jackson Division

Melvin Groyer #08710          Plaintiff
      versus                  Civil Action no. 3:12-cv-660
Geo Corporate office Group, inc et al    Defendants

FILED
AUG 19 2014
SOUTHERN DISTRICT OF MISSISSIPPI
BY _____ ARTHUR JOHNSTON DEPUTY

To: The clerk of the Courts;

I'm writing in regard of a letter I wrote to your office on 7-10-14, requesting that you send me a copy of the Balance I owe the Court on my Original Complaint, Combined with the amount and Balance I owe for the Appeal, that I may keep better records of it. "Thanks in Advance";

Respectfully Submitted

Signed, this the 14th day of August, 2014

Melvin Groyer

## Certificate of Service

I, Melvin Droyer, do hereby certify that I have mailed by United State postal Service, through the I.L.A.P. Department in Parchman, Miss. a true and correct copy of the above and foregoing letter to the Clerk of the U.S. District Court for the Southern District of Miss. 501 E Court Street Suite 2.500 Jackson, Miss. 39201

Signed, this the 14th day of August, 2014

Melvin Droyer

Melvin Droyer #08910
M.S.P.
Unit 26-B Bldg H, Zone
Parchman, Miss. 38738

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MS 38738
THE ENCLOSED LETTER HAS NEITHER BEEN OPENED
NOR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR
ENCLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLO-
SURE TO THE ABOVE ADDRESS

ILAP General Mail

RECEIVED
AUG 19 2014
Clerk, U.S. District Court
Southern District of Miss.

U.S. District Court Clerk
Southern District of Miss.
501 E Court Street Suite 2.500
Jackson, Miss. 39201

ZIP 38738
02 1W
0001376701 AUG 15 2014
$ 000.49⁰

3920150229