IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-60791
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2015
Lyle W. Cayce
Clerk

D.C. Docket No. 3:12-CV-660

MELVIN GRAYER,

    Plaintiff - Appellant

v.

GEO CORPORATE OFFICE GROUP, INCORPORATED; MS. FERGERSON; GLORIA PERRY; GEO WARDEN VINCENT HORTON; FRANK SHAW, M.T.C. Warden; DOCTOR CARL A. FAULKS,

    Defendants - Appellees

Appeals from the United States District Court for the
Southern District of Mississippi, Jackson

Before KING, JOLLY, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

Certified as a true copy and issued
as the mandate on Jun 15, 2015
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit